# WOOD CORPORATION OF DELAWARE v. COMMISSIONER OF INTERNAL REVENUE.

## No. 6146.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1933.

Raymond H. Berry and Arthur R. Wood, both of Detroit, Mich., for appellant.

G. A. Youngquist, Asst. Atty. Gen., for appellee.

PER CURIAM.

Order of Board of Tax Appeals affirmed.

# Bert M. WULIGER v. COMMISSIONER OF INTERNAL REVENUE.

## No. 6397.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1933.

B. M. Wuliger, of Cleveland, Ohio, for appellant.

G. A. Youngquist, Asst. Atty. Gen., for appellee.

PER CURIAM.

Docketed and dismissed upon motion of counsel for appellee.